# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WRENTMORE, | ) | NO. SA CV 09-0533 SGL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JON D. MORALES, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 18, 2009.

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE